UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC D GANT,<br>Plaintiff,<br>v.<br>TESLA CORPORATION,<br>Defendant. | CASE NO. 2:26-cv-01888-JHC<br>ORDER |

This matter comes before the Court sua sponte. On June 1, 2026, the Court informed Plaintiff of filing deficiencies in his application for leave to proceed in forma pauperis (IFP). Dkt. # 2. The Court informed Plaintiff that failure to submit a corrected IFP application by July 1, 2026, could result in dismissal of the case. Dkt. # 2; *see Tudor v. Biden*, 2025 WL 1208257, at *1 (W.D. Wash. Apr. 25, 2025). Accordingly, because Plaintiff has failed to submit a corrected IFP application or pay the filing fee, the Court DISMISSES the case without prejudice.

//

//

//

//

//

Dated this 1st day of October, 2026.

John H. Chun
United States District Judge